UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENAS TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION,<br><br>Underlying Case: *Fractus, S.A. v. AT&T Mobility LLC, et al*., No. 2:18-cv-00135 (E.D. Tex.) | Case No.19-mc-80072-JSC<br><br>**ORDER DENYING MOTION TO QUASH AS MOOT AND HOLDING MOTION TO COMPEL IN ABEYANCE**<br><br>Re: Dkt. Nos. 1, 13 |

For the reasons stated on the record at the April 4, 2019 hearing, non-party Amphenol's motion to quash is denied as moot. (Dkt. No. 1.) Fractus's motion to compel is held in abeyance pending disposition of the same earlier-filed motion to compel in the District of Connecticut. *See Fractus, S.A. v. Amphenol Corporation*, 19-mc-00024-AWT (D. Conn.). Fractus shall promptly notify the Court of any ruling by the Connecticut court. The Court will advise the parties if further briefing is required.

**IT IS SO ORDERED.**

Dated: April 4, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge